UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | \* <br> \* |
| v. | \* <br> \*   Crim. No.: 08-034 (RCL) |
| RICKY D. LINDSEY, | \* <br> \* |
| Defendant, | \* <br> \* |

\*       \*       \*       \*       \*       \*       \*

## PRAECIPE

Please enter the appearance of Rudolph Acree, Jr., Esq., of 1211 Connecticut Avenue, NW Suite #506, Washington, D.C. 20036 as counsel for the defendant Mr. Ricky D. Lindsey in the above captioned matter. Mr. Acree has been appointed by the Court to represent Mr. Lindsey in this matter.

Rudolph Acree, Jr. is a member of this Court's Bar and is in good standing.

Respectfully Submitted,

_____/S/_____
Rudolph Acree, Jr.
1211 Connecticut Ave. N.W.
Suite #506
Washington, D.C. 20036
Telephone 202 331-1961
Counsel for the Defendant

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on this 7th day of March, 2008 the above line of appearance was filed electronically and a copy will be forwarded to the Assistant United States Attorney in this matter, Nancy Jackson.


_____/s/_____
Rudolph Acree, Jr., Esq.