UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Crim. No. 08-034 (RCL) |
| | : | |
| **RICKY D. LINDSAY,** | : | |
| Defendant. | : | |

## OPPOSITION TO DEFENDANT'S MOTION FOR MODIFICATION OF PRE-TRIAL DETENTION

**COMES NOW**, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, to oppose defendant's motion for release, essentially seeking to overturn Magistrate Judge Kay's detention order. In support of our opposition, we respectfully state as follows:

*Facts*

The Indictment in this matter charges the defendant with two counts, Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii), and Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense in violation of 18 U.S.C. § 924(c)(1).

*Argument*

In support of the earlier detention order, we wish to point out several salient reasons why defendant should not be released. First, by reason of the grand jury's decision to charge defendant with possession with the intent to distribute cocaine base, the law establishes a presumption that defendant should be detained pending trial as a danger to the community and as a risk of flight. That

presumption having been established, it now falls upon defendant to rebut that presumption. We submit that nothing in his motion for release overcomes that presumption; in fact, the defendant's criminal history confirms the wisdom of that presumption. Despite the defense's contention that "there is nothing of a violent nature in Mr. Lindsey's history,"(Def. Motion at 3) the defendant was previously convicted of robbery in Maryland in 2005. Obviously, the defendant has not learned to conform his conduct to the requirements of the law.

Releasing this defendant places the community at risk. Following his conviction in Maryland, this defendant has come into possession of large quantities of drugs and a small arsenal of weapons. This deadly combination poses a serious danger to the community. From defendant's motion, there is no basis for this Court to conclude the earlier detention order was in error, and this Court should uphold that decision.

**WHEREFORE**, for the foregoing reasons, the United States respectfully requests that this Court deny defendant's motion for release.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

　　　/s/
ERIC P. GALLUN
Assistant United States Attorney
DC Bar No. 462025
555 Fourth Street, NW Room 4122
Washington, DC 20001
(202) 514-6997

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Crim. No. 08-034 (RCL) |
| | : | |
| **RICKY D. LINDSAY,** | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the defendant Ricky Lindsay's Motion for Reconsideration of Detention Order, the Government's Response thereto, and the record in this case, it is this ____ day of _____, 2008,

ORDERED, that the defendant's motion is DENIED.

_____
The Honorable Royce C. Lamberth
United States District Court
For the District of Columbia

Copies to:

Mr. Rudolph Acree, Jr.
1211 Connecticut Avenue
Suite 506
Washington DC 20036

Mr. Eric P. Gallun
Assistant United States Attorney
555 Fourth Street, NW
Room 4122
Washington DC 20530