UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 08CR00034 (RCL) |
| : | Judge Royce C. Lamberth |
| RICKY LINDSEY : | Status Hearing: March 20, 2008 |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE AFORESAID COURT:

Kindly enter the appearance of undersigned counsel as the attorney of record on behalf of the defendant in the above-captioned case.

Ricky Lindsey
By Counsel

Respectfully submitted,

_____/S/_____
Billy L. Ponds
The Ponds Law Firm
Bar No.: 379883
3218 O Street, NW
Suite Two
Washington, D.C. 20007
202-333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this Notice of Appearance was sent via electronic case filing management system and first class mail to Nancy Boggs Jackson, Office of the United States Attorney, 555 4th Street, N.W., Room 4110, Washington, D.C. 20530 and to Rudolph Acree, 1211 Connecticut Avenue, NW, Suite 303, Washington, D.C. 20036 on this 17th day of March 2008.

_____/S/_____
Billy L. Ponds