UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.          : | Case No.: 08CR00034 (RCL) |
| : | Judge Royce C. Lamberth |
| RICKY LINDSEY : | Status Hearing: March 20, 2008 |
| : | |
| Defendant.   : | |

==================================

## MOTION FOR SUBSTITUTION OF COUNSEL

Ricky Lindsey, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, respectfully submits the Motion for Substitution of Counsel and requests that this Court enter an Order granting this motion. As grounds for this request, the defendant states as follows:

Undersigned counsel was recently retained to represent Mr. Ricky Lindsey in the above-captioned case.

Mr. Lindsey desires to have the appearance of his current attorney, Rudolph Acree, Esquire, withdrawn as counsel of record in this case. Accordingly, it is Mr. Lindsey's request that the appearance of Rudolph Acree, Esquire be withdrawn as counsel of record and substituted by undersigned counsel, Billy L. Ponds, Esquire as his attorney in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

                                                    Ricky Lindsey
                                                    By Counsel

Respectfully submitted,

_____/S/_____
Billy L. Ponds
The Ponds Law Firm
Bar No.: 379883
3218 O Street, NW
Suite Two
Washington, D.C. 20007
202-333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion for Substitution of Counsel was sent via electronic case filing management system and first class mail to Nancy Boggs Jackson, Office of the United States Attorney, 555 4th Street, N.W., Room 4110, Washington, D.C. 20530 and to Rudolph Acree, 1211 Connecticut Avenue, NW, Suite 303, Washington, D.C. 20036 on this 17th day of March 2008.

_____/S/_____
Billy L. Ponds

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
           v.                     :    Case No.: 08CR00034 (RCL)
                                  :    Judge Royce C. Lamberth
RICKY LINDSEY                     :    Status Hearing: March 20, 2008
                                  :
           Defendant.             :
=================================

## ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire, replace Rudolph Acree, Esquire, as counsel of record in the above-captioned case.

_____
JUDGE

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, NW
      Suite Two
      Washington, D.C. 20007

      Nancy Boggs Jackson
      Office of the United States Attorney
      Room 4110
      555 4th Street, N.W.
      Washington, D.C. 20530

      Rudolph Acree
      1211 Connecticut Avenue, NW, Suite 303
      Washington, D.C. 20036

1