UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 08CR00034 (RCL) |
| : | Judge Royce C. Lamberth |
| RICKY LINDSEY : | Status Hearing: March 20, 2008 |
| : | |
| Defendant. : | |

ORDER

FILED
MAR 27 2008
Clerk, U.S. District and
Bankruptcy Courts

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _27th_ day of _March_, 2008,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED.

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire, replace Rudolph Acree, Esquire, as counsel of record in the above-captioned case.

_Royce C. Lamberth_
JUDGE

cc: Billy L. Ponds
The Ponds Law Firm
3218 O Street, NW
Suite Two
Washington, D.C. 20007

Nancy Boggs Jackson
Office of the United States Attorney
Room 4110
555 4th Street, N.W.
Washington, D.C. 20530

Rudolph Acree
1211 Connecticut Avenue, NW, Suite 303
Washington, D.C. 20036

1