UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **Criminal No. 08-034 (RCL)** |
| v. | : |
| | : |
| **RICKY D. LINDSEY,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Frederic (Eric) Gallun, who may be contacted either by telephone on (202)514-6997 or by e-mail at Frederic.Gallun@usdoj.gov. This is also notice of his appearance in this matter on behalf of the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    Bar No.: 498-610

By: _____
    FREDERIC GALLUN
    Assistant United States Attorney
    555 4th Street, N.W., 4122
    Washington, D.C. 20001
    (202) 514-6997

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic filing to counsel for the defendant on this 18th day of April, 2008.

_____
FREDERIC GALLUN
Assistant United States Attorney