UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 08CR00034 (RCL) |
| | : | Judge Royce C. Lamberth |
| RICKY LINDSEY | : | Status Hearing: May 8, 2008 |
| | : | |
| Defendant. | : | |

================================

## UNOPPOSED MOTION TO CONTINUE THE STATUS HEARING

RICKY LINDSEY, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, respectfully submits this Unopposed Motion to Continue the Defendant's Status Hearing and requests that this Court enter an Order granting this motion. As grounds for this request, the defendant states as follows:

On May 6, 2008, undersigned counsel was transported via ambulance from his residence to the Georgetown University Hospital Emergency Room due to extremely elevated blood pressure. On May 7, 2008 at approximately 2 a.m., counsel was transported from the Georgetown University Hospital Emergency Room to the Washington Hospital Center Cardiac Unit and admitted for further observation.

On May 7, 2008 at approximately 9:30 a.m., counsel was examined by Benjamin Lee, MD, and nurse practitioner Lisa Jaworski of Cardiology Associates. Based on this examination, counsel will undergo a series of tests on May 7, 2008 and May 8, 2008 to address his medical condition. Counsel has been advised that the earliest time he may be released, depending on the results of the above-noted tests, will be on May 8, 2008 in the late afternoon (see Exhibit A, Letter from Lisa Jaworski of Cardiology Associates, P.C.).

Accordingly, for the reasons stated herein, counsel respectfully requests that the Court continue the defendant's status hearing to May 15, 2008 or May 19, 2008.

On May 7, 2008, a member of counsel's staff communicated with Assistant United States Attorney Eric Gallun to determine the government's position regarding the continuance of the defendant's trial. Mr. Gallun indicated that the government does not oppose this Motion to Continue the Status Hearing.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that the Court grant this Unopposed Motion to Continue the Defendant's Sentencing.

>Ricky Lindsey
>By Counsel

>Respectfully submitted,

>_____
>Billy L. Ponds
>The Ponds Law Firm
>Bar No. 379883
>3218 O Street, N.W
>Suite Two
>Washington, D.C.  20007
>(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant's Unopposed Motion to Continue was sent via electronic case filing management system and facsimile to Assistant United States Attorney Eric Gallun, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on this 7th day of May 2008.

>_____
>Ellen Simon

EXHIBIT A

## CARDIOLOGY ASSOCIATES, P.C.
www.HeartCAPC.com

☐ 106 Irving Street, N.W., Suite 2700N, Washington, D.C. 20010 • (202) 723-5524
☑ 2131 K Street, N.W., Suite 800, Washington, D.C. 20037 • (202) 822-9356
☐ 2002 Medical Parkway, Suite 500, Annapolis, Maryland 21401 • (410) 573-6480
☐ 4175 N. Hanson Court, Suite 100, Bowie, Maryland 20716 • (301) 809-6880
☐ 18109 Prince Philip Drive, Suite 225, Olney, Maryland 20832 • (301) 774-5810
☐ 106 Irving Street, N.W., Suite 4800N, Washington, D.C. 20010 • (202) 726-5484
☐ 130 Love Point Road, Suite 111, Stevensville, Maryland 21656 • (410) 643-3186

Stuart F. Seides, M.D.
Joel Rosenberg, M.D.
James W. Ross, M.D.
Elizabeth M. Kingsley, M.D.
Benjamin I. Lee, M.D.
Jonathan A. Altschuler, M.D.
Mitchell B. Schwartz, M.D.
John J. Kennedy, M.D.
Edward I. Morris, M.D.
Susan K. Benner, M.D.
Robert A. Gallino, M.D.

Matthew J. Connolly, M.D.
Kelley W. Sullivan, M.D.
Jay A. Marel, M.D.
William C. Maxted, Jr., M.D.
Reginald L. Robinson, M.D.
Robert A. Lager, M.D.
John D. Martin, M.D.
Jon A Hupp. M.D.
Barbara L. Bean, M.D.
Reed M. Shnider, M.D.

Allison W. Richardson, M.D.
Bernard M. Wagman, M.D.
Lawrence D. Jacobs, M.D.
Stephanie S. Jacobs, M.D.
Stephen F. Stanziale, M.D.
James F. Constantine, RN, MS, ACNP-C
Deborah Dwyer, RN, GNP-C
Colleen Healey, RN, MSN, ACNP-C
Dana Parker, RN, MSN, ACNP-C
(Lisa Jaworski, RN, MS, ACNP-C)
Iris Perez-Greene, RN, MSN, FNP-C

NAME  PONDS  BILLY                                          DATE 5-7-08

ADDRESS

Rx  Mr. Ponds is currently hospitalized & has been since
5-6-08.  He will be in the hospital at least through
5-8-08.  Please call us if you have any
Questions.                   _____ M.D.

LABEL:   ☐ Yes   ☐ No
REFILL: _____
GENERIC: ☐ Yes   ☐ No

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 08CR00034 (RCL) |
| | : | Judge Royce C. Lamberth |
| RICKY LINDSEY | : | Status Hearing: May 8, 2008 |
| | : | |
| Defendant. | : | |

================================

### ORDER

THIS CAUSE having come before the Court on the Unopposed Motion to Continue the Status Hearing, and that Motion having been considered by the Court, and for good cause shown, and there being no opposition thereto, it is this _____ day of _____, 2008,

ORDERED that the Unopposed Motion to Continue the Status Hearing is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the May 8, 2008 hearing is hereby continued to the _____ day of _____, 2008.

_____
JUDGE

cc:  Billy L. Ponds, Esq.
     The Ponds Law Firm
     3218 O Street, NW
     Suite Two
     Washington, D.C. 20007

     Eric Gallun
     Assistant United States Attorney
     Office of the United States Attorney
     555 4th Street, NW
     Washington, DC 20530