UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No.: 08CR00034 (RCL)
: Judge Royce C. Lamberth
RICKY LINDSEY : Status Hearing: May 8, 2008
:
Defendant. :
==================================

FILED
MAY 07 2008
Clerk, U.S. District and
Bankruptcy Courts

### ORDER

THIS CAUSE having come before the Court on the Unopposed Motion to Continue the Status Hearing, and that Motion having been considered by the Court, and for good cause shown, and there being no opposition thereto, it is this _7th_ day of _May_, 2008,

ORDERED that the Unopposed Motion to Continue the Status Hearing is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the May 8, 2008 hearing is hereby continued to the _19th_ day of _May_, 2008 at 5:00 p.m.

_Royce C. Lamberth_
JUDGE

cc:   Billy L. Ponds, Esq.
      The Ponds Law Firm
      3218 O Street, NW
      Suite Two
      Washington, D.C. 20007

      Eric Gallun
      Assistant United States Attorney
      Office of the United States Attorney
      555 4th Street, NW
      Washington, DC 20530