UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   08-034 (RCL) |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| RICKY D. LINDSAY, | : | VIOLATIONS: 21 U.S.C.§ 841(a)(1) |
| Defendant. | : | and § 841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute 50 Grams or More of Cocaine |
| | : | Base); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(ii) |
| | : | (Unlawful Possession With Intent to |
| | : | Distribute 500 Grams or More of Cocaine); |
| | : | 18 U.S.C. § 924(c)(1)(A) and § 924(c)(1)(B)(ii) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT ONE

On or about February 14, 2008, within the District of Columbia, **RICKY D. LINDSAY** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about February 14, 2008, within the District of Columbia, **RICKY D. LINDSAY** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Possession With Intent to Distribute 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

## COUNT THREE

On or about February 14, 2008, within the District of Columbia, **RICKY D. LINDSAY** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts One and Two of this Indictment which is incorporated herein, a firearm, that is, a UZI 9mm semi-automatic sub-machinegun, and a receiver designed to convert said weapon into a machinegun within the meaning of 26 U.S.C. § 5845(b).

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(B)(ii))

## COUNT FOUR

On or about February 14, 2008, within the District of Columbia, **RICKY D. LINDSAY** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Maryland, Criminal Case No. 101631, did unlawfully and knowingly receive and possess a firearm,

that is, UZI 9mm semi-automatic sub-machinegun, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.



Attorney of the United States in
and for the District of Columbia.