**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :
                                                :
        **v.**                                     :    Case No.: 08CR00034 (RCL)
                                                :    Judge Royce C. Lamberth
**RICKY LINDSEY**                 :    Trial: July 21, 2008
                                              :
           **Defendant.**       :
===============================

**<u>MOTION FOR LEAVE TO LATE FILE THE SUPPLEMENTAL TO THE MOTION TO SUPRESS TANGIBLE EVIDENCE TWO DAYS LATE</u>**

Ricky Lindsey, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, respectfully submits the Motion for Leave to Late File the Supplemenal to the Motion to Suppress Tangible Evidence Two Days Late and requests that this Court enter an Order granting this motion. As grounds for this request, the defendant states as follows:

At the June 12, 2008 arraignment in this case, counsel informed the Court that the defense would file its supplemental to the Motion to Suppress Tangible Evidence by June 16, 2008. Counsel respectfully submits that the research performed in connection with this motion took longer than expected, which delayed the final preparation of the Supplemental to the Motion to Suppress Evidence. This situation affected counsel's ability to timely file the Supplemental to the Motion to Suppress Tangible Evidence.

For the reasons stated herein, counsel respectfully requests leave to late file the Supplemental to the Motion to Suppress Tangible Evidence two (2) days late.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Leave to Late File the Supplemental to the Motion to Suppress Tangible Evidence Two Days Late.

Ricky Lindsey
By Counsel

Respectfully submitted,

\_\_\_\_\_/S/_____
Billy L. Ponds
The Ponds Law Firm
Bar No.: 379883
3218 O Street, NW
Suite Two
Washington, D.C. 20007
202-333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion for Leave to Late File the Supplemental to the Motion to Suppress Tangible Evidence was sent via electronic case filing management system and facsimile to Eric Gallun, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on this 18th day of June 2008.

\_\_\_\_\_/S/_____
Billy L. Ponds

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
    v.     :    Case No.: 08CR00034 (RCL)
:    Judge Royce C. Lamberth
RICKY LINDSEY     :    Trial: July 21, 2008
:
    **Defendant.**     :
==============================

**ORDER**

THIS CAUSE having come before the Court on the Motion for Leave To Late File the Supplemental to the Motion to Suppress Tangible Evidence Two Days Late, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that the Motion for Leave to Late File the Supplemental to the Motion to Suppress Tangible Evidence is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the Supplemental to the Motion to Suppress Tangible Evidence is hereby accepted for filing by this Court.

_____
JUDGE

cc:    Billy L. Ponds
       The Ponds Law Firm
       3218 O Street, NW
       Suite Two
       Washington, D.C. 20007

       Eric Gallun
       Assistant United States Attorney
       Office of the United States Attorney
       555 4th Street, N.W.
       Washington, D.C. 20530