UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No.: 08CR00034 (RCL)
: Judge Royce C. Lamberth
RICKY LINDSEY : Trial: July 21, 2008
:
Defendant. :

===================================

FILED
JUN 2 3 2008
Clerk, U.S. District and
Bankruptcy Courts

### ORDER

THIS CAUSE having come before the Court on the Motion [21] for Leave To Late File the Supplemental to the Motion to Suppress Tangible Evidence Two Days Late, and that Motion having been considered by the Court, and for good cause shown, it is this 23rd day of June, 2008,

ORDERED, that the Motion for Leave to Late File the Supplemental to the Motion to Suppress Tangible Evidence is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the Supplemental to the Motion to Suppress Tangible Evidence is hereby accepted for filing by this Court.

_____
Chief Judge Royce C. Lamberth