UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Crim. No. 08-034 (RCL) |
| | : | |
| **RICKY D. LINDSEY,** | : | |
| Defendant. | : | Trial date: September 26, 2008 |

### GOVERNMENT'S MOTION TO ADVANCE OR, IN THE ALTERNATIVE, CONTINUE TRIAL DATE

**COMES NOW**, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and moves this Court to advance the trial date to September 22, 2008, or, in the alternative, to continue the trial date. In support of our motion, we respectfully state as follows:

1.   On February 14, 2008, the defendant was arrested after execution of a search warrant at his home, xxxx Street, SE, Washington D.C. At that time, agents from the Federal Bureau of Investigation seized crack cocaine, powder cocaine, and an UZI 9mm sub-machinegun from the defendant's bedroom.

2.   On June 24, 2008, a Federal Grand jury handed down a superceding indictment which charged the defendant with five counts, among them, Possession with Intent to Distribute 50 Grams or More of Cocaine Base, and Unlawful Possession of a Machine gun.

3.   On August 5, 2008, this Court set a motions hearing date of September 11, 2008, and a trial date of September 26, 2008. The lead witness for the government, Agent Daniel Sparks of the FBI, informed government counsel that he is on leave beginning September 26, 2008. Agent Sparks has a non-refundable plane ticket for September 26, 2008, and he will not return to the jurisdiction until

October 5, 2008. Agent Sparks is the affiant of the search warrant that was executed on the defendant's home as well as the lead case agent. He is essential to the government's presentation of evidence.

4.      Government counsel proposes to advance the trial to commence on September 22, 2008, with jury selection either that day or the preceding Friday, September 19, 2008. This would allow the Court and parties to keep the motions date as currently scheduled. Defense counsel objects to this proposal.

5.      Alternatively, government counsel asks this Court to continue the trial date until November 24, 2008, or later.[1] If the Court permits the trial to be continued until this time, government counsel requests that the motions hearing be delayed as well, to eliminate any Speedy Trial Act issues. Defense counsel has no objection to moving the motions hearing and trial date until November.

6.      This is the first request for a continuance of a trial date. This motion is not filed solely to delay the trial or gain any tactical advantage, and regrets the necessity of this request. Government counsel would note that the age of the case is due in part to defense counsel's health issues, which have prevented him from appearing at several status hearings.

**WHEREFORE**, for the foregoing reasons, the United States respectfully requests that this Court grant advance the trial date or, in the alternative, continue the trial.

> Respectfully submitted,
>
> JEFFREY A. TAYLOR
> UNITED STATES ATTORNEY
>
> ___/s/_____

---

[1] In a telephone call to chambers, government counsel learned that the Court is likely to be in trial all of October and the first two weeks in November.

                                              ERIC P. GALLUN  
                                              Assistant United States Attorney  
                                              DC Bar No. 462025  
                                              555 Fourth Street, NW Room 4122  
                                              Washington, DC  20001  
                                              (202) 514-6997

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Crim. No. 08-034 (RCL) |
| | : | |
| **RICKY D. LINDSEY,** | : | |
| Defendant. | : | Trial date: September 26, 2008 |

## ORDER

Upon consideration of the government's Motion to Advance or, in the Alternative, Continue the Trial Date, it is this ____ day of _____, 2008,

ORDERED, that a new trial date of _____, 2008 is hereby set.

_____
The Honorable Royce C. Lamberth
United States District Court
For the District of Columbia

Copies to:

Mr. Billy Ponds, Esq.
3218 O Street, NW
Suite 2
Washington DC 20007

Mr. Eric P. Gallun
Assistant United States Attorney
555 Fourth Street, NW
Room 4122
Washington DC 20530