**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case Number: 08CR034(RCL) |
| | : | Trial: September 26, 2008 |
| **RICKY LINDSEY,** | : | Judge Lamberth |
| | : | |
| **Defendant.** | : | |

==============================

### DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO ADVANCE OR, IN THE ALTERNATIVE, CONTINUE TRIAL DATE

RICKY LINDSEY, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits the Defendant's Response to the Government's Motion to Advance Or, In The Alternative, Continue Trial Date. In Support thereof, counsel states as follows:

On August 28, 2008, the government filed its Motion to Advance Or, In The Alternative, Continue Trial Date. In part, the government proposed advancing the defendant's trial date to September 22, 2008 with jury selection to commence on that day or on September 19, 2008.

Undersigned counsel does not oppose the government's request to continue the defendant's trial to a date in November 2008 or later and to continuing the September 11, 2008 motions hearing. Undersigned counsel does oppose the government's request to advance the trial date due to counsel's unavailability. Counsel will be out of the jurisdiction from September 16, 2008 until September 24, 2008.

WHEREFORE, counsel respectfully requests that this Court take into account the representations made in this motion when considering and ruling on the Government's Motion to Advance Or, In The Alternative, Continue Trial Date.

        Ricky Lindsey
        By Counsel

        Respectfully Submitted,

        _____/s/_____
        Billy L. Ponds
        Bar Number: 379883
        The Ponds Law Firm
        3218 O Street, NW
        Suite Two
        Washington, DC 20007
        Telephone: (202) 333-2922
        Facsimile: (202) 333-4114
        E-Mail: plfpc@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of the Defendant's Response to the Government's Motion to Advance Or, In The Alternative, Continue Trial Date was sent via electronic case filing management system to Eric Gallun, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, NW, Washington, DC 20530 on this 30th day of August 2008.

        _____/s/_____