FILED
SEP 05 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Crim. No. 08-034 (RCL) |
| | : | |
| RICKY D. LINDSEY, | : | |
| Defendant. | : | Trial date: September 26, 2008 |

### ORDER

Upon consideration of the government's Motion to Advance or, in the Alternative, Continue the Trial Date, it is this 5th day of September, 2008,

ORDERED, that a new trial date will be set. The current dates for trial and motions are hereby VACATED.

SO ORDERED.

\_\_\_\_/s/ _____
The Honorable Royce C. Lamberth
United States District Court
For the District of Columbia